

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE INTEREST OF | § | No. 08-24-00385-CV |
| O.E.E AND C.E.E, | § | Appeal from the |
| CHILDREN. | § | 288th Judicial District Court |
| | § | of Bexar County, Texas |
| | § | (TC# 2015CI20392 |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal and order that this decision to be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF NOVEMBER 2024.


LISA J. SOTO, Justice


Before Alley, C.J., Palafox and Soto, JJ.